# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Malibu Media, LLC,

Plaintiff(s),

v.

Doe subscriber assigned IP address 71.194.106.192,

Defendant(s).

Case No. 18 C 446
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Malibu Media, LLC
and against defendant(s) Defendant Darius Walton
in the amount of $8,736.70. ,

which ☐ includes  pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion for default judgment.

Date: 7/25/2018

Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes , Deputy Clerk